Irene Karbelashvili, State Bar Number 232223
AllAcess Law Group
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for JASON VOMACKA, Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON VOMACKA,<br><br>Plaintiff,<br><br>v.<br><br>ROMOLO CAPPELLO and ANGELA CAPPELLO, collectively in their individual and representative capacities as trustees of the CAPPELLO FAMILY TRUST; RAYMOND WANG, an individual, d/b/a SLIDERS BURGERS; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 5:17-CV-02620-EJD**<br>*Civil Rights*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(PROPOSED)~~ ORDER**<br>**[F.R.C.P.§§ 41(a)(1)(ii)]** |

## **FACTS**

Plaintiff JASON VOMACKA and Defendants ROMOLO CAPPELLO and ANGELA CAPPELLO, collectively in their individual and representative capacities as trustees of the CAPPELLO FAMILY TRUST; RAYMOND WANG, an individual, d/b/a SLIDERS BURGERS, by and through their attorneys of record or other representative, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure **§§**

41(a)(1)(ii)(2). Plaintiff filed this lawsuit on May 05, 2017. Defendants, some of whom have answered the first amended complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that each party shall pay its own attorneys' fees and costs.

Defendants have agreed to remedy all known ADA violations identified in EXHIBIT A of the settlement agreement executed by the parties.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendants, by and through their attorneys of record and/or authorized representative, so stipulate.

DATED: June 06, 2018         By:*/s/ Kenneth J. Pinto*_____
                                                    KENNETH J. PINTO
                                                    Attorneys for Plaintiff RICHARD JOHNSON

DATED: June 06, 2018         BY:*/s/ Sarahann Shapiro*_____
                                                    SARAHANN SHAPIRO
                                                    Attorney for Defendant ROMOLO CAPPELLO and ANGELA CAPPELLO, collectively in their individual and representative capacities as trustees of the CAPPELLO FAMILY TRUST

DATED: June 06, 2018         BY:*/s/ RICHARD SCHRAMM*_____
                                                    RICHARD SCRAMM
                                                    Attorney for Defendant ; RAYMOND WANG dba SLIDERS BURGER

# FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on June 06, 2018, I, Kenneth J. Pinto, received the concurrence of Sarahann Shapiro, Esq. in the filing of this document.

Pursuant to Local Rule 5-1, I hereby attest that on June 06, 2018, I, Kenneth J. Pinto, received the concurrence of Richard Schramm, Esq. in the filing of this document.

By: */s/ Kenneth J. Pinto*
KENNETH J. PINTO

# ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The lawsuit against Defendants is dismissed with prejudice.
2. Each party shall pay its own attorneys' fees and costs in this action.

Dated: 6/7/2018

Hon. Edward J. Davila
United States District Judge